AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*_____DISTRICT OF \_\_NEVADA_____

CRAIG LESLIE JACOBSEN JR.,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

  v.

             CASE NUMBER:  **2:16-cv-00332-MMD-VCF**

MICHAEL DOUGLAS, et al.,

    Defendant(s).

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint (ECF No. 5) is dismissed with prejudice.

October 11, 2016                                              **LANCE S. WILSON**
                                                              Clerk

                                                               /s/ K. Rusin
                                                              Deputy Clerk